THE PEOPLE OF THE STATE OF NEW YORK v. IRWIN SLATER AND BESS BERNARD.— Motion for reargument denied. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See 279 App. Div. 1042.]

WALTER B. GIBSON v. STREET & SMITH PUBLICATIONS, INC., et al.— Motion for reargument denied, without prejudice to a motion at Special Term for leave to amend the complaint. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1049.]